UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRUCE EDWARD GAVINS,

          Plaintiff,

v.

NANCY A. BERRYHILL,

          Defendant.

CASE NO. C17-5299JLR

ORDER TO SHOW CAUSE REGARDING DISMISSAL

On April 11, 2017, Plaintiff Bruce Edward Gavins's case for review of Defendant Commissioner Nancy A. Berryhill's final decision denying Social Security benefits was transferred from the District of Oregon to the Western District of Washington. (Order (Dkt. # 13).) The Clerk issued a letter on April 21, 2017, informing Mr. Gavins's attorney of the need to file a *pro hac vice* application. (Letter (Dkt. # 15).) The Commissioner filed an answer in this court on May 5, 2017. (Answer (Dkt. # 16).) On May 8, 2017, the court issued a scheduling order requiring Mr. Gavins to file an opening brief by June 5, 2017. (Sched. Order (Dkt. # 18).) Mr. Gavins's attorney filed a *pro hac*

*vice* application on August 11, 2017 (*see* Dkt. # 19), but Mr. Gavins has failed to file an opening brief. The court ORDERS Mr. Gavins to show cause no later than September 7, 2017, why this matter should not be dismissed for lack of prosecution. Failure to show cause will result in dismissal of this action.

DATED this 29th day of August, 2017.

JAMES L. ROBART
United States District Judge

ORDER TO SHOW CAUSE - 2